# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In Re:  VERNON PALMORE  
        BETTY J PALMORE  

Case No.: 11-28902

Debtor(s)

---

## CHAPTER 13 STANDING TRUSTEE'S AMENDED FINAL REPORT AND ACCOUNT

Tom Vaughn, Chapter 13 Trustee, submits the following Final Report and Account of the administration of the estate pursuant to 11 U.S.C § 1302(b)(1). The trustee declares as follows:

1) The case was filed on 07/14/2011.

2) This case was confirmed on 09/15/2011.

3) The plan was modified by order after confirmation pursuant to 11 U.S.C. § 1329 on NA.

4) The trustee filed action to remedy default by the debtor in performance under the plan on NA.

5) The case was converted on 12/14/2011.

6) Number of months from filing to the last payment: 3

7) Number of months case was pending: 8

8) Total value of assets abandoned by court order: NA

9) Total value of assets exempted: $   40,259.01

10) Amount of unsecured claims discharged without payment $     .00

11) All checks distributed by the trustee to this case have cleared the bank.

**UST Form 101-13-FR-S(9/01/2009)**

**Receipts:**

| | |
|---|---:|
| Total paid by or on behalf of the debtor | $ 3,411.00 |
| Less amount refunded to debtor | $ .00 |
| **NET RECEIPTS** | $ 3,411.00 |

**Expenses of Administration:**

| | |
|---|---:|
| Attorney's Fees Paid through the Plan | $ 1,951.90 |
| Court Costs | $ .00 |
| Trustee Expenses and Compensation | $ 139.10 |
| Other | $ .00 |
| **TOTAL EXPENSES OF ADMINISTRATION** | $ 2,091.00 |
| Attorney fees paid and disclosed by debtor | $ 695.00 |

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| BENEFICIAL MORTGAGE | SECURED | 149,000.00 | 259,121.89 | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE | UNSECURED | 84,400.87 | NA | NA | .00 | .00 |
| BENEFICIAL MORTGAGE | SECURED | 27,308.07 | 27,614.75 | .00 | .00 | .00 |
| BENEFICIAL MORTGAGE | UNSECURED | 27,308.07 | NA | NA | .00 | .00 |
| JPMORGAN CHASE BANK | SECURED | 15,165.99 | 14,990.12 | 14,990.12 | 1,264.58 | 55.42 |
| PORTFOLIO RECOVERY A | SECURED | 16,187.00 | .00 | .00 | .00 | .00 |
| PORTFOLIO RECOVERY A | UNSECURED | 16,187.00 | 15,587.15 | 15,578.15 | .00 | .00 |
| PRA RECEIVABLES MANA | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 3,587.54 | 5,143.44 | 5,143.44 | .00 | .00 |
| INTERNAL REVENUE SER | PRIORITY | 2,333.00 | NA | NA | .00 | .00 |
| AAFES/MIL STAR/EXCHA | UNSECURED | 1,666.44 | 1,323.63 | 1,323.63 | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 3,817.49 | 5,086.20 | 5,086.20 | .00 | .00 |
| CAPITAL ONE | OTHER | .00 | NA | NA | .00 | .00 |
| CAPITAL ONE BANK USA | UNSECURED | 4,993.00 | 3,809.15 | 3,809.15 | .00 | .00 |
| DISCOVER FINANCIAL S | UNSECURED | 5,024.57 | 4,932.04 | 4,932.04 | .00 | .00 |
| GRANITE RECOVERY LLC | UNSECURED | 4,318.39 | 3,742.19 | 3,742.19 | .00 | .00 |
| HOME DEPOT CREDIT SE | UNSECURED | 4,318.39 | NA | NA | .00 | .00 |
| HOME DEPOT CREDIT SE | OTHER | .00 | NA | NA | .00 | .00 |
| HOME DEPOT CREDIT SE | OTHER | .00 | NA | NA | .00 | .00 |
| INSOLVE RECOVERY | UNSECURED | 1,239.98 | 1,216.43 | 1,216.43 | .00 | .00 |
| HOUSEHOLD BANK | UNSECURED | 136.85 | NA | NA | .00 | .00 |
| HSBC BANK USA NA | UNSECURED | 298.00 | NA | NA | .00 | .00 |
| INPATIENT MEDICAL SE | UNSECURED | 171.00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Scheduled Creditors:**

| Creditor Name | Class | Claim Scheduled | Claim Asserted | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---:|---:|---:|---:|---:|
| NICOR GAS | UNSECURED | 294.00 | NA | NA | .00 | .00 |
| OFFICE DEPOT | UNSECURED | 400.00 | NA | NA | .00 | .00 |
| MIDLAND CREDIT MANAG | UNSECURED | 4,397.00 | 4,397.41 | 4,397.41 | .00 | .00 |
| SEARS | OTHER | .00 | NA | NA | .00 | .00 |
| USAA FEDERAL SAVINGS | UNSECURED | 5,324.92 | 5,845.57 | 5,845.57 | .00 | .00 |
| USAA CREDIT CARD SER | UNSECURED | 11,723.08 | NA | NA | .00 | .00 |
| LAW OFFICE STUART B | OTHER | .00 | NA | NA | .00 | .00 |
| PHILIPPS & PHILIPPS | OTHER | .00 | NA | NA | .00 | .00 |
| INTERNAL REVENUE SER | UNSECURED | NA | 213.61 | 213.61 | .00 | .00 |
| BENEFICIAL MORTGAGE | OTHER | NA | NA | NA | .00 | .00 |
| COOK COUNTY CLERK OF | OTHER | .00 | NA | NA | .00 | .00 |
| COOK COUNTY TREASURE | OTHER | .00 | NA | NA | .00 | .00 |

**UST Form 101-13-FR-S(9/01/2009)**

**Summary of Disbursements to Creditors:**

|  | Claim Allowed | Principal Paid | Int. Paid |
|---|---|---|---|
| **Secured Payments:** | | | |
| Mortgage Ongoing | .00 | .00 | .00 |
| Mortgage Arrearage | .00 | .00 | .00 |
| Debt Secured by Vehicle | 14,990.12 | 1,264.58 | 55.42 |
| All Other Secured | .00 | .00 | .00 |
| **TOTAL SECURED:** | 14,990.12 | 1,264.58 | 55.42 |
| **Priority Unsecured Payments:** | | | |
| Domestic Support Arrearage | .00 | .00 | .00 |
| Domestic Support Ongoing | .00 | .00 | .00 |
| All Other Priority | 5,143.44 | .00 | .00 |
| **TOTAL PRIORITY:** | 5,143.44 | .00 | .00 |
| **GENERAL UNSECURED PAYMENTS:** | 46,144.38 | .00 | .00 |

**Disbursements:**

| | | |
|---|---|---|
| Expenses of Administration | $ | 2,091.00 |
| Disbursements to Creditors | $ | 1,320.00 |
| **TOTAL DISBURSEMENTS:** | $ | 3,411.00 |

12) The trustee certifies that the foregoing summary is true and complete and all administrative matters for which the trustee is responsible have been completed. The trustee requests that the trustee be discharged and granted such relief as may be just and proper.

Dated:  03/27/2012           /s/ Tom Vaughn  
                             Tom Vaughn, Chapter 13 Trustee

**STATEMENT** : This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R § 1320. 4(a)(2) applies.

**UST Form 101-13-FR-S(9/01/2009)**